**Order filed November 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00870-CV
_____

**ZELENI GRISSMORE, Appellant**

**V.**

**TARGET CORPORATION, Appellee**

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-1424**

## O R D E R

The clerk's record was filed October 24, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the motion for new trial filed July 22, 2013.

The Galveston County Clerk is directed to file a supplemental clerk's record on or before November 12, 2013, containing the motion for new trial filed July 22, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM